Tʜᴇ Nᴏʀᴛʜᴇʀɴ Tʀᴜsᴛ Cᴏᴍᴘᴀɴʏ, ᴀs Tʀᴜsᴛᴇᴇ Uɴᴅᴇʀ ᴛʜᴇ Wɪʟʟ ᴏꜰ
Sᴀᴍᴜᴇʟ Lᴏᴄᴋᴡᴏᴏᴅ Bʀᴏᴡɴ, Dᴇᴄᴇᴀsᴇᴅ

*v.*

Sᴛᴀᴛᴇ ᴏꜰ Iʟʟɪɴᴏɪs.

*Opinion filed December 22, 1916.*

Iɴʜᴇʀɪᴛᴀɴᴄᴇ Tᴀx—*when award will be made.* In this claim the tax
was fixed by the County Judge and paid, after which an appeal was prayed
to the County Court, and the tax reduced. *Held,* that an award should be
made.

William S. Miller and F. H. Bengel, for Claimant.

P. J. Lucey, Attorney General, for State.

The claim in this case is for a refund of $65.31 inheritance tax
claimed to have been erroneously paid to the County Treasurer of Cook
County on the 22nd day of January, 1914, and is made under the pro-
visions of an Act to tax gifts, legacies, inheritances, etc., approved June
14, 1909.

Samuel Lockwood Brown died testate on the 13th day of Decem-
ber, 1912, a resident of the City of Chicago, State of Illinois. Claimant
was duly designated as trustee under the will of deceased, and was
also nominated and appointed executor under said will, and that said
The Northern Trust Company was duly appointed and qualified as such
executor by the Probate Court of Cook County, Illinois, on the 4th day
of November, 1913, and that it has also qualified and is now acting as
such trustee. An inheritance tax proceeding was had under the direc-
tion of the County Judge of Cook County. The appraiser filed his re-
port with the County Judge, who entered an order on the 21st of Janu-
ary, 1914, fixing the total inheritance tax due the State of Illinois at
$261.12. On January 22, 1914, more than six months after the death
of said testator, the claimant paid the tax as fixed by said order to-
gether with interest thereon at six per cent from the date of death,
to-wit: December 13, 1912, amounting to $17.49, making the total
amount paid to the County Treasurer of Cook County $278.61, and
which amount was transmitted by him to the State Treasurer of the
State of Illinois. Afterward, claimant petitioned the County Court for
an appeal which was approved and allowed to the County Court. The
Court after having heard all the evidence found that the valuation
placed by the appraiser upon the property of deceased was incorrect;
the Court therefore entered an order on July 23, 1914, finding that the
tax was erroneously fixed by the County Judge, and finding the correct
amount of the tax to be $200.00 instead of $261.12. This amount as
corrected should also be charged with interest at six per cent from the

date of death, to-wit: December 13, 1912, to the date of payment to the County Treasurer on January 22, 1914, amounting to $13.30, so that there should have been paid to the said County Treasurer the total sum of $213.30 on January 22, 1914, on account of said tax, instead of $278.61, making a difference of $65.31.

We find that the claimant has paid to the State of Illinois an erroneous and excessive tax and that it in all respects complied with the law to secure the refund and that it is entitled to have returned by the State, the sum of $65.31.

We therefore, accordingly award to claimant the sum of $65.31.